**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No.: 12CR-00092-AWI-02** |
| | ) | |
| **Plaintiff,** | ) | **[~~PROPOSED~~] ORDER** |
| | ) | **GRANTING CONTINUANCE** |
| **vs.** | ) | **OF CHANGE OF PLEA** |
| | ) | |
| **EDUARDO BARRAGAN-HERNANDEZ,** | ) | |
| | ) | |
| **Defendant** | ) | |

Having considered the parties' stipulation, **IT IS SO ORDERED** that:

The Change of Plea proceeding currently set for July 23, 2012, at 10:00 a.m. is vacated and continued to August 27, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __July 19, 2012__        _____

                           CHIEF UNITED STATES DISTRICT JUDGE