1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorney
3  2500 Tulare Street
   Room 4-401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       ) 1:12-CR-00092-AWI-BAM
                                    )
12                  Plaintiff,      ) FINAL ORDER OF FORFEITURE
                                    )
13           v.                     )
                                    )
14  FRANCISCO AGUILAR-ALVAREZ,      )
                                    )
15                  Defendant.      )
                                    )
16  _____ )

17       WHEREAS, on July 15, 2013, the Court entered a Preliminary Order

18  of Forfeiture, forfeiting to the United States all right, title, and

19  interest of defendant Francisco Aguilar-Alvarez in the following

20  property:

21           a.  A Taurus PT 24/7 Pro .45 caliber pistol,
             b.  A magazine, and
22           c.  All ammunition seized in this case.

23       AND WHEREAS, beginning on September 15, 2013, for at least 30

24  consecutive days, the United States published notice of the Court's

25  Order of Forfeiture on the official internet government forfeiture

26  site www.forfeiture.gov.  Said published notice advised all third

27  parties of their right to petition the Court within sixty (60) days

28  from the first day of publication of the notice for a hearing to

adjudicate the validity of their alleged legal interest in the

forfeited property;

AND WHEREAS, the Court has been advised that no third party has

filed a claim to the subject property, and the time for any person or

entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to

the United States of America all right, title, and interest in the

above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed

of according to law, including all right, title, and interest of

Francisco Aguilar-Alvarez.

2.    All right, title, and interest in the above-listed property

shall vest solely in the name of the United States of America.

3.    The Department of Homeland Security, Customs and Border

Protection shall maintain custody of and control over the subject

property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:    December 5, 2013    _____

SENIOR  DISTRICT  JUDGE